170 A.3d 300

**WHITE, Adrian R.**

v.

**STATE of Maryland**

**Pet. Docket No. 242, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Application for leave to appeal denied by the Court of Special Appeals (No. 2493, Sept.Term, 2016).

Petition for writ of certiorari denied

170 A.3d 300

**WOMEN FIRST OB/GYN**

v.

**HARRIS**

**Pet. Docket No. 194, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Reported below: 232 Md.App. 647, 161 A.3d 28.

Petition for writ of certiorari denied